**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6183**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TOMMIE RAYMOND THOMAS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:03-cr-00173-GCM-1)

Submitted: April 21, 2016          Decided: April 26, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tommie Raymond Thomas, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommie Raymond Thomas appeals the district court's order denying his motion to correct an alleged clerical error in his criminal judgment. <u>See</u> Fed. R. Crim. P. 36. Because there is no clerical error in Thomas' criminal judgment, we affirm the district court's order. <u>United States v. Thomas</u>, No. 3:03-cr-00173-GCM-1 (W.D.N.C. Jan. 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>